LILLIAN M. SUMMERS, appellant,

*v.*

THEODORE MORLEY et al., respondents.

[Decided October 20th, 1924.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in *95 N. J. Eq. 505.*

*Mr. Frederick T. Hey,* for the appellant.

*Mr. Howard F. Kirk,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance* — THE CHIEF - JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS—15.

*For reversal*—None.